EXHIBIT 3

<table>
<tr><th>US6324551B2</th><th>Pipedrive (“The accused Product”)</th></tr>
<tr><td>A method of managing a document in a document management system which separates management of user properties and management of content during a transfer of the document to a receiving user comprising the steps of:</td><td>The accused product practices a method of managing a document in a document management system (e.g., Pipedrive Web forms) which separates management of user properties and management of content during a transfer (e.g., Sharing web forms) of the document to a receiving user (e.g., web forms to collect prospect’s details, generating lead, feedbacks, etc.).




https://www.pipedrive.com/en/features/manage-leads-deals</td></tr>
</table>

Pipdrive web forms

Pipedrive's new web forms make life simple; no more fussing around with outside integrations or complicated processes. You can now set up your own personalized web form for your website, and it will feed directly into the pipeline of your choosing.

Pipedrive web forms give you supreme control over where your data goes once your customers submit their information. No need to copy from other sources or import data.

## How does it work?

A web form is an online page used to gather and store information. It usually has several information fields which a user completes and submits. Most common usage is to solicit and store contact information.

Pipedrive's web forms can be used to gather leads, product or service ideas, contacts, feedback or any other information that is valuable. No limitations. The forms are completely customizable.

When a customer submits a web form, it will always create a new **Deal, Person and/or Organization**.

https://web.archive.org/web/20160521041930/https://support.pipedrive.com/hc/en-us/articles/208493165-Pipedrive-Web-Forms




https://www.youtube.com/watch?v=xguT2f2fy4I

| | |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=xguT2f2fy4I |
| forming the document to include a content and a document reference, the document reference maintaining properties attachable by a user; | The accused product practices a method for forming the document (e.g., creating a web form using a sample form) to include a content (e.g., description of the web form) and a document reference (e.g., web form title), the document reference maintaining properties attachable by a user (e.g., web form title, owner's name, pipeline or delivery option, pipeline stage, etc.). |

## What fields can I configure?

You can control the following:

### Pipedrive deal conditions

These control the parameters of the new deal and contact that are created in Pipedrive.

**Title:** This is the title of your web form in Pipedrive. It is not seen by the customer anywhere.

**Description:** This is an area where you can describe the purpose of your web form internally. This description is not seen by any customer anywhere.

**Owner:** This specifies which Pipedrive user owns the deals and contacts the form is generating. There is only one owner per web form.

**Pipeline/Stage:** This specifies which pipeline and stage the deals from your web form go to. You can select any stage from any of your customizable pipelines.

**Create prefix for deal title:** Once enabled, this nifty little checkbox will insert a customizable prefix to the title of every deal that comes in from your web form; this will help you easily understand which deals are coming from your web form at a glance.

### Web form fields

**Introduction message:** This customizable introduction is what will appear to your customers as they fill out your form

https://web.archive.org/web/20160521041930/https://support.pipedrive.com/hc/en-us/articles/208493165-Pipedrive-Web-Forms




https://www.youtube.com/watch?v=xguT2f2fy4I

| | |
|---|---|
| |   https://www.youtube.com/watch?v=xguT2f2fy4I |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=xguT2f2fy4I |




https://www.youtube.com/watch?v=xguT2f2fy4I




https://www.youtube.com/watch?v=xguT2f2fy4I

<table>
<tr>
<td>attaching properties to the document reference including at least one of static properties describing characteristics of the content and active properties controlling behaviors of the content;</td>
<td>The accused product practices a method for attaching properties to the document reference including at least one of static properties describing characteristics of the content (e.g., web form title, owner’s name, pipeline or delivery option, pipeline stage, etc.) and active properties controlling behaviors of the content (e.g., name field, email field, etc.).




https://www.youtube.com/watch?v=xguT2f2fy4I</td>
</tr>
</table>




https://www.youtube.com/watch?v=xguT2f2fy4I

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=xguT2f2fy4I |
| transferring selected properties of the static properties and active properties to the receiving user; and, | The accused product practices a method for transferring selected properties of the static properties (e.g., web form title, owner's name, pipeline or delivery option, pipeline stage, etc.) and active properties (e.g., name field, email field, etc.) to the receiving user (e.g., web form sent for requesting prospect's details).<br><br>As shown below, the user shares the contracts which includes static properties (e.g., web form title, owner's name, pipeline or delivery option, pipeline stage, etc.) and active properties (e.g., name field, email field, etc.), so that the receiving user performs operations such as providing his/her name and contact information based on the required fields. |




https://www.youtube.com/watch?v=xguT2f2fy4I

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=xguT2f2fy4I |




https://www.youtube.com/watch?v=xguT2f2fy4I




https://www.youtube.com/watch?v=xguT2f2fy4I

<table>
<tr>
<td></td>
<td>


https://www.youtube.com/watch?v=xguT2f2fy4I
</td>
</tr>
<tr>
<td>reconstructing the document, by the receiving user, based on the transferred static and active properties.</td>
<td>The accused product practices a method for reconstructing the document (e.g., providing his/her name and contact information based on the required fields), by the receiving user, based on the transferred static properties (e.g., web form title, owner’s name, pipeline or delivery option, pipeline stage, etc.) and active properties content (e.g., name field, email field, etc.).<br><br>As shown below, the receiving user is providing his/her name and contact information based on the required fields, which thereby reconstructs the said web form based on static properties (e.g., web form title, owner’s name, pipeline or delivery option, pipeline stage, etc.) and active properties (e.g., name field, email field, etc.).</td>
</tr>
</table>




https://www.youtube.com/watch?v=xguT2f2fy4I




https://www.youtube.com/watch?v=xguT2f2fy4I

| | |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=xguT2f2fy4I |