EXHIBIT 4

| US6330573B1 | Pipedrive ("Accused Product") |
|---|---|
| 8. A method of maintaining a document identity during a translating operation from a hierarchical file system application which treats a document as a single repository of unified data, to a document management system which adds additional information to a document thereby enhancing interactions with documents being managed, the method comprising: | The accused product practices a method of maintaining a document identity (e.g., a record of items related to a deals) during a translating operation (e.g. the deletion and subsequent restoration of a deleted deal) from a hierarchical file system application which treats a document as a single repository of unified data, to a document management system (e.g., Pipedrive) which adds additional information to a document thereby enhancing interactions with documents (e.g., deals and their related record) being managed.<br><br>https://www.pipedrive.com/en/features/manage-leads-deals |

| | |
|---|---|
| | ## What are Deals?<br><br>In Pipedrive, the ongoing transaction you are pursuing with a Person or Organization is tracked as a deal, which is processed through the stages of your pipeline until it is either **WON** or **LOST**.<br><br>To better understand how this relationship between your contacts and deals, we suggest reading about how Pipedrive data is organized, which can be found here.<br><br>When clicking on a deal, you will be taken to that deal's Detail View, which displays all of the relevant contact information, as well as all activities, emails, notes, and actions in regards to the deal.<br><br>• Deals can be associated with a Person, an Organization, or both!<br>• Deals track all events and movements that take place throughout your sales process.<br>• Since a Deal is connected to a contact, any actions you perform on the Deal will also be associated with the Person/Organization related to it.<br>• Deals can be imported from a previous CRM, or imported from a CSV or XLS file.<br>• The progress of the deals in your account is tracked as Reports in your account.<br><br>https://support.pipedrive.com/hc/en-us/articles/207344265-Deals-What-they-are-and-how-to-add-them |

# How can I upload a file to a deal or a contact?

To attach an important file to a deal or contact in Pipedrive, go to the **Detail View** of the item and select the **Files** option.
You can drag-and-drop files into that section, or click 'select from your computer' to browse through your computer's files and select your intended file.
Files can also be uploaded using the Google Drive sync in Pipedrive.

Once uploaded, that file will be accessible only through the Detail View of that deal, by any user who has the visibility permission to see that deal.

https://support.pipedrive.com/hc/en-us/articles/360000834405-How-can-I-upload-a-file-to-a-deal-or-a-contact

Once uploaded, that file will be accessible only through the Detail View of that deal, by any user who has the visibility permission to see that deal.




https://support.pipedrive.com/hc/en-us/articles/360000834405-How-can-I-upload-a-file-to-a-deal-or-a-contact

| | |
|---|---|
| | **How can I delete a deal in the Pipeline View?**<br><br>**Note:** By default, only Admin Users have the ability to delete deals in Pipedrive. Admin Users can provide the permission to allow for other users to delete deals by going to **Settings > Manage Users > Permission sets** and enabling 'can delete deals' option for the intended permission set.<br><br>**Document management system**<br><br>To delete a deal in the **Pipeline View**, click-and-hold on the deal you wish to delete, and drag it to the bottom of the screen. Drag and drop the deal to the **DELETE** button to delete the deal.<br><br>https://support.pipedrive.com/hc/en-us/articles/115001107569-How-can-I-delete-a-deal-in-the-Pipeline-View- |




https://support.pipedrive.com/hc/en-us/articles/115001107569-How-can-I-delete-a-deal-in-the-Pipeline-View-

# How can I restore deleted deals?

**Note:** This action is only available to Admin Users.

To restore a deleted deal, go into the **Detail View** of that deal and click on the **Reopen** button found towards the upper right corner.

This will reopen the deal in the same stage it was in when marked as **Deleted**.




https://support.pipedrive.com/hc/en-us/articles/115002416145-How-can-I-restore-deleted-deals

**Restoring leads in bulk**

If you'd like to restore more than one deleted deal, we suggest first filtering to find deleted deals in your Pipedrive account.




https://support.pipedrive.com/hc/en-us/articles/115002416145-How-can-I-restore-deleted-deals

<table>
<tr>
<td></td>
<td>
When done, use the **Bulk Edit** functionality to select all of the deals you would like to restore. In the Bulk Edit panel that appears, find the **Status** field, select **Replace existing value with...** and then select **Open**.




Click the **Update** button to save these status changes.

https://support.pipedrive.com/hc/en-us/articles/115002416145-How-can-I-restore-deleted-deals
</td>
</tr>
<tr>
<td>receiving an instruction from an application of a hierarchical file system to rename or delete an original document;</td>
<td>The accused product practices receiving an instruction (e.g., Delete command) from an application of a hierarchical file system to rename or delete an original document (e.g., deals and their related items).</td>
</tr>
</table>

# How can I delete a deal in the Pipeline View?

**Note:** By default, only Admin Users have the ability to delete deals in Pipedrive. Admin Users can provide the permission to allow for other users to delete deals by going to **Settings > Manage Users >** **Permission sets** and enabling 'can delete deals' option for the intended permission set.

Instruction for deleting the original document

To delete a deal in the **Pipeline View**, click-and-hold on the deal you wish to delete, and drag it to the bottom of the screen. Drag and drop the deal to the **DELETE** button to delete the deal.

https://support.pipedrive.com/hc/en-us/articles/115001107569-How-can-I-delete-a-deal-in-the-Pipeline-View-




https://support.pipedrive.com/hc/en-us/articles/115001107569-How-can-I-delete-a-deal-in-the-Pipeline-View-

| | |
|---|---|
| maintaining at least name information, location information and properties of the original document upon a rename or delete instruction; | The accused product practices maintaining at least name information (e.g., the name of any deleted deal and its related items is kept so that they can be accessed and restored), location information (e.g., the locations where an deal and its related items were stored must be maintained so that upon restoration said said and its related items can be placed back in their appropriate locations) and properties (e.g., file types tied to any related items) of the original document (e.g., an deal and its related items) upon a rename or delete instruction (e.g., a delete command).<br><br>How can I restore deleted deals?<br><br>**Note:** This action is only available to Admin Users. **Maintaing the original document upon delete instruction**<br><br>To restore a deleted deal, go into the **Detail View** of that deal and click on the **Reopen** button found towards the upper right corner.<br><br>This will reopen the deal in the same stage it was in when marked as **Deleted**.<br><br>https://support.pipedrive.com/hc/en-us/articles/115002416145-How-can-I-restore-deleted-deals |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=VkaZ9q_232Q |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=VkaZ9q_232Q |

| | |
|---|---|
| | **How can I restore deleted deals?**<br><br>**Note:** This action is only available to Admin Users.<br><br>To restore a deleted deal, go into the **Detail View** of that deal and click on the **Reopen** button found towards the upper right corner.<br><br>This will reopen the deal in the same stage it was in when marked as **Deleted**.<br><br><br><br><br>https://support.pipedrive.com/hc/en-us/articles/115002416145-How-can-I-restore-deleted-deals |
| retrieving the name information, location information, and properties of the original document, upon a predetermined event; and, | The accused product practices retrieving (e.g., restoring) the name information (e.g., name of the deleted deal and its related items, location information (e.g., the locations where the deleted deal and its related items was stored) and properties) of the original document (e.g., deals with its related record), upon a predetermined event (e.g., restore operation). |

# How can I restore deleted deals?

**Note:** This action is only available to Admin Users.

**Retrieving the orginal document information upon a predetermined event**

To restore a deleted deal, go into the **Detail View** of that deal and click on the **Reopen** button found towards the upper right corner.

This will reopen the deal in the same stage it was in when marked as **Deleted**.




https://support.pipedrive.com/hc/en-us/articles/115002416145-How-can-I-restore-deleted-deals

**Restoring leads in bulk**

If you'd like to restore more than one deleted deal, we suggest first filtering to find deleted deals in your Pipedrive account.




https://support.pipedrive.com/hc/en-us/articles/115002416145-How-can-I-restore-deleted-deals

When done, use the **Bulk Edit** functionality to select all of the deals you would like to restore. In the Bulk Edit panel that appears, find the **Status** field, select **Replace existing value with...** and then select **Open**.




Click the **Update** button to save these status changes.

https://support.pipedrive.com/hc/en-us/articles/115002416145-How-can-I-restore-deleted-deals

<table>
<tr>
<td></td>
<td>
When done, use the **Bulk Edit** functionality to select all of the deals you would like to restore. In the Bulk Edit panel that appears, find the **Status** field, select **Replace existing value with...** and then select **Open**.




Click the **Update** button to save these status changes.

https://support.pipedrive.com/hc/en-us/articles/115002416145-How-can-I-restore-deleted-deals
</td>
</tr>
<tr>
<td>copying new content to the original document</td>
<td>
The accused product practices copying new content (e.g., edit, attach files, etc.) to the original document (e.g., the original deal).

As shown below, one can perform the following operations on the original document (e.g., deals and their related items).
</td>
</tr>
</table>

| | |
|---|---|
| | ## What are Deals?<br><br>In Pipedrive, the ongoing transaction you are pursuing with a Person or Organization is tracked as a deal, which is processed through the stages of your pipeline until it is either **WON** or **LOST**.<br><br>To better understand how this relationship between your contacts and deals, we suggest reading about how Pipedrive data is organized, which can be found here.<br><br>When clicking on a deal, you will be taken to that deal's Detail View, which displays all of the relevant contact information, as well as all activities, emails, notes, and actions in regards to the deal.<br><br>• Deals can be associated with a Person, an Organization, or both!<br>• Deals track all events and movements that take place throughout your sales process.<br>• Since a Deal is connected to a contact, any actions you perform on the Deal will also be associated with the Person/Organization related to it.<br>• Deals can be imported from a previous CRM, or imported from a CSV or XLS file.<br>• The progress of the deals in your account is tracked as Reports in your account.<br><br>https://support.pipedrive.com/hc/en-us/articles/207344265-Deals-What-they-are-and-how-to-add-them |

## How can I edit the Deal Created date?

A deal's creation date can be edited from the List View of the Deals tab. To do this, you can go to the List View of your Deals tab and apply the **Deal created** column. To learn how to add columns to your List View, click here.
After you add the Deal created column, you can edit the date directly by clicking the **pencil** icon next to the deal created date, providing a new date, and clicking the **Save** button.




https://support.pipedrive.com/hc/en-us/articles/360001566058-How-can-I-edit-the-Deal-Created-date-

## How can I upload a file to a deal or a contact?

To attach an important file to a deal or contact in Pipedrive, go to the **Detail View** of the item and select the **Files** option.
You can drag-and-drop files into that section, or click 'select from your computer' to browse through your computer's files and select your intended file.
Files can also be uploaded using the Google Drive sync in Pipedrive.

Once uploaded, that file will be accessible only through the Detail View of that deal, by any user who has the visibility permission to see that deal.
https://support.pipedrive.com/hc/en-us/articles/360000834405-How-can-I-upload-a-file-to-a-deal-or-a-contact